```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KPH Healthcare Services, Inc.,

                Plaintiff,

                -v-

AbbVie, Inc., et al.,

                Defendant.

------------------------------------------------------------------X

20-cv-8754 (LJL)
20-cv-8756 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     An Initial Pretrial Conference in the cases to which the above referenced cases are related is scheduled to be held on Monday, October 26, 2020 at 10:00 a.m. by TELEPHONE CONFERENCE. It is ORDERED that the parties subject to this order shall appear at that conference. At that date and time, the parties are directed to dial the Court's conference line at 888-251-2909 (access code: 2123101). The parties should be prepared to discuss whether these cases should be consolidated with the earlier-filed Direct Purchaser actions.

     SO ORDERED.

Dated: October 23, 2020
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge