UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
:
:
:
:
:
: 20-cv-5735 (LJL)
:
IN RE BYSTOLIC ANTITRUST LITIGATION :
:
: <u>ORDER</u>
:
:
:
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     For the reasons stated in the Opinion and Order at Dkt. No. 438, the Clerk of Court is respectfully directed to close this case, its member cases, and its related cases: 20-cv-5735, 20-cv-07110, 20-cv-08754, 20-cv-08756, 20-cv-05538, 20-cv-09793, 20-cv-10087, 20-cv-05813, 20-cv-07580, 20-cv-07352, 20-cv-05837, 20-cv-07492, 20-cv-05826, 20-cv-07309, 20-cv-05901, 20-cv-06769, 20-cv-07177, 20-cv-06647, 20-cv-07296, 20-cv-07304, 20-cv-06223.

     SO ORDERED.

Dated: August 18, 2023
       New York, New York

                                         LEWIS J. LIMAN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2023